| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address: 270 S. Tejon Street<br>Colorado Springs, CO 80901<br>Phone Number: (719) 452-5000 | DATE FILED: January 11, 2017 4:00 PM<br>FILING ID: 3CFA246A35525<br>CASE NUMBER: 2017CV30068 |
| **CARMELA BERG,**<br>**Plaintiff,**<br><br>vs.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br>**A.K.A. CIGNA GROUP INSURANCE,**<br><br>**Defendant.** | ▲ COURT USE ONLY ▲<br><br>Case No.:<br><br>Div.: |
| Attorney for Plaintiff:<br>Kenneth J. Shakeshaft, #12618<br>SHAKESHAFT LAW FIRM<br>1935 Jamboree Drive, Ste. 202<br>Colorado Springs, CO 80920<br>Phone Number: (719) 635-5886<br>Fax Number: (719) 635-0966<br>E-mail: office@shakeshaftlawfirm.com | |

**COMPLAINT AND JURY DEMAND**

COMES NOW the Plaintiff, Carmela Berg, by and through her attorney, Kenneth J. Shakeshaft of the SHAKESHAFT LAW FIRM and files this Complaint against the Defendant, Life Insurance Company of North America, a.k.a. Cigna Group Insurance, as follows:

## GENERAL ALLEGATIONS

1. The Plaintiff, Carmela Berg, is a resident of the State of Colorado.

2. Upon information and belief, the Defendant, Life Insurance Company of North America, a.k.a. Cigna Group Insurance, (hereinafter referred to as "Cigna"), is an insurance corporation which is authorized to conduct and is conducting business in the State of Colorado.

3. On September 3, 2008, the Plaintiff was involved in a very severe roll-over automobile accident. The Plaintiff, Carmela Berg, suffered from multiple medical disorders including but not limited to: multiple rib fractures, spinal fractures, disc herniations in her lumbar spine and a severe injury to her left shoulder. The Plaintiff has undergone lumbar surgeries and shoulder surgeries and suffers from a residual chronic pain syndrome.

4. As a result of the car crash and the injuries, the Plaintiff became disabled from her usual and regular occupation.

**EXHIBIT A**

5.  At the time of automobile collision, the Plaintiff, Carmela Berg, was insured for disability benefits through an insurance policy with the Defendant, Cigna.

6.  The Plaintiff, Carmela Berg, has been unable to perform the material duties of her prior occupation as driver for El Paso County Transportation and has been unable to return to any other gainful employment.

7.  The Plaintiff, Carmela Berg, submitted information to the Defendant, Cigna, including reports from her treating medical providers the Plaintiff is disabled and is unable to return to work in her prior occupation or in any other gainful occupation to which she may have had access prior to her disability by training, education or experience.

8.  The Defendant, Cigna, paid disability benefits up through July 8, 2016, when it terminated the Plaintiff's benefits.

9.  The Defendant, Cigna, has a duty of good faith and fair dealing in the handling, adjusting and investigation of the Plaintiff, Carmela Berg's disability claim.

10. In the adjusting of the Plaintiff's disability claim, the Defendant, Cigna, acted unreasonably in denying the Plaintiff's claim, in investigating the Plaintiff's claim and in adjusting the Plaintiff's claim.

11. In the adjusting of the Plaintiff, Carmela Berg's disability claim, the Defendant, Cigna, has acted unreasonably, including but not limited to in denying the Plaintiff's claim for disability benefits, failing to consider information which is favorable to the Plaintiff, and by placing its own financial interest above those of the Plaintiff.

12. The Defendant, Cigna, acted unreasonably in the claims adjusting, the claims investigation and claims handling of the Plaintiff's Disability claims including but not limited to, refusing to consider information sent in by the Plaintiff, by requiring multiple and duplicate proofs of loss, by utilizing incompetently trained personnel in the evaluation, handling, investigation and adjusting of the Plaintiff's claims, by considering the interest of the insurance company over its insured, the Plaintiff, by failing to acknowledge and respond to oral and written communications on behalf of the Plaintiff.

13. The Defendant, Cigna, knew or should have known its conduct was unreasonable.

## FIRST CLAIM FOR RELIEF
## BENEFITS DUE UNDER THE POLICY TERMS

14. Plaintiff re-states and re-alleges paragraphs 1 through 13 as if set forth herein in full.

15. The Defendant, Cigna, has breached the aforementioned policies for disability insurance benefits by failing to pay the disability benefits.

16. The Plaintiff, Carmela Berg, is entitled to disability benefits retroactive to the date the Defendant last paid the Plaintiff disability benefits.

WHEREFORE, the Plaintiff, Carmela Berg, prays for this Court to enter judgment against the Defendant, Cigna, in an amount to be determined for all disability benefits due under the disability policy and for a declaration the Defendant is obligated to pay ongoing disability benefits, pre-judgment interest, costs and for such other relief the Court may deem as just.

## SECOND CLAIM FOR RELIEF
## BAD FAITH BREACH OF INSURANCE CONTRACT

17.  Plaintiff re-states and re-alleges paragraphs 1 through 16 as if set forth herein full.

18.  The Defendant, Cigna, has breached its duty of good faith and fair dealing by its actions which include but are not limited to the following unreasonable acts:
   a) Failing to adopt and implement reasonable standards for the investigation and handling of the Plaintiff, Carmela Berg's claims for insurance benefits;
   b) Failing and refusing to pay the Plaintiff's insurance benefits without conducting a reasonable investigation based on all the available information; and
   c) Engaging in a course of conduct designed to undermine the payment of long-term disability benefits to the Plaintiff, including, but not limited to, failure to adequately review the Plaintiff's past and current medical evidence.

19.  The Defendant, Cigna's aforementioned actions in breach of its duty of good faith and fair dealing were done in a willful and wanton manner.

20.  As a direct and proximate result of the Defendant, Cigna's aforementioned actions, the Plaintiff, Carmela Berg, has suffered damages and injuries including but not limited to emotional distress and loss of use of benefits.

WHEREFORE, the Plaintiff, Carmela Berg, prays for judgment to be entered against the Defendant, Cigna, for damages in an amount to be determined, for pre-judgment interest, costs, and for such other relief as the Court may deem as just.

## THIRD CLAIM FOR RELIEF
## UNREASONABLE CONDUCT OF INSURANCE CONTRACT

21.  The Plaintiff, Carmela Berg, re-states and re-alleges paragraphs 1 through 20 as if set forth herein full.

22.  The Plaintiff, Carmela Berg, is a first party plaintiff.

23.  Pursuant to C.R.S. 10-3-1115, the Defendant, Cigna, shall not unreasonably delay or deny payment of a claim for benefits owed to or on behalf of the Plaintiff, Carmela Berg.

24.  The Defendant, Cigna, has breached the standards of C.R.S. 10-3-1115 by unreasonably delaying and denying the Plaintiff, Carmela Berg's claim for disability benefits.

25.  Pursuant to C.R.S. 10-3-1116 as a direct and proximate result of the aforementioned breach by the Defendant, Cigna Group Insurance, the Plaintiff, Carmela Berg, is entitled to recover two times the covered

benefits, reasonable attorney fees and court costs.

    WHEREFORE, the Plaintiff, Carmela Berg, prays for judgment to be entered against the Defendant, , Life Insurance Company of North American, a.k.a. Cigna Group Insurance, in an amount to be determined, for two times the amount of the benefits determined to be due and payable, for pre-judgment interest, for costs, for reasonable attorney fees and for such other relief as the Court may deem as just.

## JURY DEMAND

The Plaintiff, Carmela Berg, requests a trial by jury.

Respectfully submitted this 11th day of January, 2017.

                                  SHAKESHAFT LAW FIRM,

                                  *s/ Kenneth J. Shakeshaft*
                                  Kenneth J. Shakeshaft, Esq.
                                  SHAKESHAFT LAW FIRM
                                  1935 Jamboree Drive, Ste. 202
                                  Colorado Springs, CO 80920
                                  Telephone (719) 635-5886
                                  Facsimile (719) 635-0966
                                  office@shakeshaftlawfirm.com

                                  ATTORNEY FOR PLAINTIFF

Plaintiff's Address:
*5950 Rush Road*
*Rush, CO 80833*