IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 17-cv-00374-RM-KMT

CARMELA BERG,

    Plaintiff,
v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,
A.K.A CIGNA GROUP INSURANCE,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal With Prejudice filed May 17, 2017 (ECF No. 22). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion for Dismissal is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay their or its own attorney's fees and costs.

Dated this 17th day of May, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge